**Order entered October 7, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00302-CR**

**JEFFREY LEE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F19-45392-J**

**ORDER**

On February 20, 2020, appellant made a written request for the reporter's record in this appeal. That record was initially due on June 16, 2020. When it was not filed, we notified court reporter Kimberly Xavier by postcard dated June 18, 2020 and directed her to file the reporter's record by July 18, 2020, but the record was not filed. We then ordered Ms. Xavier to file the reporter's record by August 31, 2020. On September 1, 2020, Ms. Xavier requested an extension of time which we granted making the reporter's record due on September 24, 2020. To date, the

reporter's record has not been filed and we have had no communication from Ms. Xavier.

The reporter's record is 113 days past due. This appeal cannot proceed until the reporter's record is filed. In light of this, we **ORDER** court reporter Kimberly Xavier not to sit until the reporter's record is completed and filed with this Court.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; to the Dallas County Auditor's Office; and counsel for all parties.

/s/    LANA MYERS
JUSTICE